# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK LAWSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 12-6100 |
| v. | : | |
| | : | |
| CITY OF COATESVILLE, et. al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this _26TH_____ day of August, 2013, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is **DENIED** without prejudice. It is further **ORDERED** that Defendants' Motion to Strike (ECF No. 10) is **GRANTED** as to paragraphs 27 through 33, and **DENIED** as to paragraphs 34 through 36.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: