IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK LAWSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 12-6100 |
| v. | : | |
| | : | |
| CITY OF COATESVILLE, et. al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this __19th_ day of __August____, 2014, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 36) is **GRANTED** in part and **DENIED** in part as follows:

- Defendants' Motion for Summary Judgment as to Plaintiff's § 1983 claims for Fourth Amendment false arrest, unlawful search, false imprisonment, and malicious prosecution is **GRANTED** as to Julius Canale.

- Defendants' Motion for Summary Judgment as to Plaintiff's § 1983 claims for Fourth Amendment false arrest, unlawful search, false imprisonment, and malicious prosecution is **DENIED** as to Brenden Boyle and Jeffrey Ingemie.[1]

- Defendants' Motion for Summary Judgment as to Plaintiff's § 1983 claims for Fourteenth Amendment violations of the Equal Protection Clause and the Due Process Clause is **GRANTED** as to all Defendants.

- Defendants' Motion for Summary Judgment as to Plaintiff's § 1985 claims is **GRANTED** as to all Defendants.

---

[1] Because there is an outstanding question as to whether Defendants had probable cause to arrest Lawson, qualified immunity is denied at this time.

- Defendants' Motion for Summary Judgment as to Plaintiff's state law claims for false arrest, false imprisonment, and malicious prosecution is **GRANTED** as to Julius Canale.

- Defendants' Motion for Summary Judgment as to Plaintiff's state law claims for false arrest, false imprisonment, and malicious prosecution is **DENIED** as to Brenden Boyle and Jeffrey Ingemie.

- Defendants' Motion for Summary Judgment as to Plaintiff's state law civil conspiracy claim is **GRANTED** as to all Defendants.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: